## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EVELYN HOLMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 09-772 (MMB) |
| | ) |
| UNIVERSITY OF DELAWARE, | ) |
| | ) |
| Defendant. | ) |

### NOTICE OF RULE 30(b)(6) DEPOSITION OF DEFENDANT

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 30(b)(6) of the Federal Rules of Civil Procedure, plaintiff will take the deposition upon oral examination of defendant University of Delaware by and through its officers, directors, managing agents, or other persons designated as being competent to testify on behalf of the University of Delaware with respect to the matters set forth in the attached Schedule A before a Notary Public or another person qualified by law to administer oaths.

The depositions shall commence on May 18, 2010 at 11:30 AM in the offices of Kevin J. Connors, Esquire, MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN, 1220 N. Market Street, Fifth Floor, P.O. Box 8888, Wilmington, DE 19899.

The deposition(s) will continue from day-to-day until completed and may be recorded by stenograph, audio, and video or other means.

You are invited to attend and cross-examine.

                                              **PERRY & SENSOR**

                             By: <u>/s/ Michael L. Sensor</u>
                                 Michael L. Sensor, Esquire
                                 Delaware Bar ID No.  3541
                                 One Customs House, Suite 560
                                 P.O. Box 1568
                                 Wilmington, DE 19899-1568
                                 Telephone: (302) 655-4482
                                 Attorney for Plaintiff

Dated:  April 28, 2010

**OF COUNSEL:**

Susan B. Ayres, Esquire
HILL & ASSOCIATES
Suite 1100
123 S. Broad Street
Philadelphia, PA 19109
Telephone: (302) 567-7600

## SCHEDULE A

1. Safety standards used or referred to by the University of Delaware that relate to the kitchen facility where Plaintiff fell.
2. As pertaining to the Dining Services contract with Aramark: what the University of Delaware understood to be its obligations relative to the maintenance, safety, equipment/supplies, structural/facility/space concerns, as well as the terms of the contract between the University of Delaware and Aramark.
3. The identities and duties of University of Delaware employees, servants, agents, etc., related to the operation of the kitchen facility where Plaintiff fell.