**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| EVELYN HOLMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 09-772 (MMB) |
| | ) |
| UNIVERSITY OF DELAWARE, | ) |
| | ) |
| Defendant. | ) |

### NOTICE OF DEPOSITION OF MICHAEL BUCK

TO:   Kevin Connors, Esquire

PLEASE TAKE NOTICE that Plaintiff, Evelyn Holman by and through her attorney, Susan B. Ayres, Esquire will take the deposition of Michael Buck, Catering Director, University of Delaware Dining Services[1] before a Notary Public or other person qualified to administer oaths at the office of Kevin Connors, Esquire, MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN, 1220 N. Market Street, Fifth Floor, P.O. Box 8888, Wilmington, DE 19899 on **Tuesday, May 18, 2010 at 11:30 AM** and will continue from day to day until completed.

You are invited to appear and take such part as shall be fitting and proper.

                 PERRY & SENSOR

              By: /s/ Michael L. Sensor
                 Michael L. Sensor, Esquire
                 Delaware Bar ID No.  3541
                 One Customs House, Suite 560
                 P.O. Box 1568
                 Wilmington, DE 19899-1568
                 Telephone: (302) 655-4482
                 Attorney for Plaintiff

Dated: April 28, 2010

---

[1] See Defendant's Initial Disclosures.

**OF COUNSEL:**

Susan B. Ayres, Esquire
HILL & ASSOCIATES
Suite 1100
123 S. Broad Street
Philadelphia, PA 19109
Telephone: (302) 567-7600